# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1049** | **September Term, 2016** |
| | FERC-EL14-34-001 |
| | FERC-EL14-34-003 |
| | FERC-ER14-1242-000 |
| | FERC-ER14-1724-000 |
| | FERC-ER14-2176-000 |
| | FERC-ER14-2860-000 |
| | FERC-ER14-2952-003 |
| | FERC-ER14-2952-005 |

**Filed On:** November 15, 2016

Michigan Public Service Commission,

    Petitioner

  v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

City of Escanaba, Michigan, et al.,
    Intervenors

------------------------------

Consolidated with 15-1053, 15-1098, 15-1109, 16-1205, 16-1212, 16-1226, 16-1228, 16-1385, 16-1388, 16-1389, 16-1391

## O R D E R

    It is **ORDERED**, on the court's own motion, that case Nos. 16-1385, 16-1388, 16-1389, and 16-1391 be consolidated with case Nos. 15-1049, et al.  The newly consolidated cases are hereby held in abeyance pursuant to the order filed in case Nos. 15-1049, et al. on August 31, 2016.

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                  BY:   /s/
                          Amanda Harris
                          Deputy Clerk